Jerome MCCLENDON, Appellant,

v.

STATE of Missouri, Respondent.

ED 102442

Missouri Court of Appeals, Eastern District, **DIVISION ONE.**

FILED: October 6, 2015

Rehearing and/or Transfer Denied November 25, 2015

Application for Transfer Denied January 26, 2016

S. Kate Webber, Kansas City, MO, Counsel for Appellant.

Evan Buchheim, Jefferson City, MO, Counsel for Respondent.

Before Division Two: Thomas H. Newton, P.J., Victor C. Howard, and Mark D. Pfeiffer, JJ.

Matthew Huckeby, 1010 Market St., Ste. 1100, St. Louis, MO 63101, for Appellant.

Chris Koster, Shaun J. Mackelprang, P.O. Box 899, Jefferson City, Missouri 65102, for Respondent.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

### ORDER

### *ORDER*

PER CURIAM

Jerome McClendon ("Movant") appeals from the motion court's judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. Movant was charged as a prior and persis-

tent offender with the class C felony of stealing, in violation of Section 570.030, RSMo Cum. Supp. 2012. Movant entered a blind guilty plea and was sentenced to seven years in prison.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).